# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew James Mellinger<br>Dana Lynn Mellinger<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 25- 22808 JAD |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC and index same on the master mailing list.

Respectfully submitted,


/s/ Denise Carlon
Denise Carlon
23 Oct 2025, 16:51:42, EDT

Denise Carlon, Esq. (317226)   ☑
Matthew Fissel, Esq. (314567)  ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com